JOHN C. SCHRIEVER, Respondent, v. ANTONIO CERASO and Another,

* App. Div. Rules, 2d Dept., rule 12.— [REP.

Appellants.— Motion to dismiss appeal denied on condition that within ten days appellants pay ten dollars costs, file their briefs and serve same on the respondent; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.